UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL ROBERT ROMERO,

    Plaintiff,

  v.

SNOHOMISH COUNTY CORRECTIONAL FACILITY,

    Defendant.

Case No. C17-1052RSL

ORDER TO SHOW CAUSE

On September 20, 2017, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on September 27, 2017, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for December 15, 2017. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 10th day of October, 2017.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1