UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL ROBERT ROMERO,

                         Plaintiff,

      v.

SNOHOMISH COUNTY
CORRECTIONAL FACILITY, et. al.,

                   Defendants.

CASE NO. C17-1052 RSL-BAT

**ORDER DENYING REQUEST FOR DISCOVERY AND GRANTING COPY OF NEGLIGENCE CLAIM**

Carl Robert Romero seeks to proceed *pro se* on a "Civil Order Negligence Claim." Dkt. 10. Because the claim is deficient and Mr. Romero has not submitted a complete *in forma pauperis* ("IFP") application, the Court ordered him to provide a copy of his prison trust account statement in support of his IFP application and to cure his deficient claim by November 27, 2017. Dkt. 12. In response, Mr. Romero filed a "Demand for Discovery." Dkt. 13. The Court has reviewed the Demand and ORDERS:

      1.      The demand for discovery, an investigator and a copy of the Rules is DENIED. Discovery is information exchanged between Mr. Romero and defendant. It is not information the Court provides. Defendant has not yet been served and requests for discovery are thus premature. A plaintiff in a civil case is not entitled to be provided with free services, such as an

ORDER DENYING REQUEST FOR
DISCOVERY AND GRANTING COPY OF
NEGLIGENCE CLAIM - 1

1    investigator. And lastly, the Court does not provide legal resources to a plaintiff in a civil case

2    and thus declines to provide copies of the Rules that Mr. Romero requests.

3         2.      Mr. Romero requests a copy of the negligence claim he filed, Dkt. 10. The Clerk

4    shall provide him a copy of the claim. The Court does this in this limited instance so Mr. Romero

5    can amend the deficient claim.

6         3.      In order to proceed IFP, Mr. Romero must provide the Court as previously

7    directed with a certified copy of his prison or jail trust account statement showing transactions

8    for the last six months by **November 27, 2017**. The failure to do so may result in a dismissal of

9    the case.

10         4.      Mr. Romero must also cure the deficient "Civil Order Negligence Claim." Dkt.

11    10. The Court has informed Mr. Romero his negligence claim lacks enough information for the

12    case to go forward. Therefore, he must file an amended claim. If Mr. Romero does not file an

13    amended claim, using the case number assigned here (17-1052-RSL) by **November 27, 2016**, the

14    case may be dismissed. Mr. Romero should note that he must place all complaints he wishes the

15    court to consider in the amended claim and that the amended claim will replace all prior

16    complaints filed in the case—that is the Court will only consider the complaints contained in the

17    amended negligence claim.

18         The Clerk shall provide a copy of this order to plaintiff and the assigned District Judge.

19         DATED this 16th day of November, 2017.

20

21                                                          BRIAN A. TSUCHIDA

22                                                       United States Magistrate Judge

23